UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARUN PADHI, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:18-cv-02383-JAK (JDE) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Joint Stipulation of the parties, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. No party has filed any written objection to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered reversing the decision of the Commissioner of Social Security in this case and remanding the

matter for an award of benefits consistent with the Report and Recommendation.

Dated: March 28, 2019

_____
JOHN A. KRONSTADT
United States District Judge