UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARUN PADHI, | No. 2:18-cv-02383-JAK (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded with instructions to the Commissioner to award benefits consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge.

Dated: March 28, 2019

JOHN A. KRONSTADT
United States District Judge