UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARUN PADHI,<br><br>                    Plaintiff,<br><br>          v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | No. 2:18-cv-02383-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 27), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $4,576.32 under 28 U.S.C. § 2412(d) and costs OF $400 under 28 U.S.C. §1920, subject to the terms of the above-referenced Stipulation.

Dated: May 16, 2019

_____
JOHN D. EARLY
United States Magistrate Judge